UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDER LEROY JONES, JR., ) | CASE NO. ED CV 13-2204-PA (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| E. VALENZUELA, WARDEN, ) | |
| Respondent. ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   December 16, 2014.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\ED13CV2204-PJW-J.wpd